# EXHIBIT 1

EXPRESS WORLDWIDE (NDOC)

WPX DHL EXPRESS

Origin
HKG

To: robert ortiz
robert ortiz
calle magnolia i/124 ponce
00730 pr

ponce 00730
Puerto Rico

Contact
Tel/Ph: 7872989228

PR-PSE

Account No. 763 1175997

Date 2014-04-10   Weight 34.00kg   Pieces 1/1

Contents
plastic case for phone



WAYBILL 32 6923 2492