# EXHIBIT 2

Page: 1 of 1

**Shipper:**
WITECH(HK) CO LIMITED
RM 14 9/F BLK B2 HANG WAI IND
CENTRE 6 KIN TAI STREET TUEN
.MUN
HONG KONG
Hong Kong
Contact Name : NINA TSE

Phone: 68494869
Fax:

# Commercial Invoice

**Ship To:**
robert ortiz
calle magnolia #124 ponce
00728 pr

ponce    00728
Puerto Rico

Contact Name : robert ortiz

Phone: 7872989228

Fax:

Date: 2014/4/10

Invoice Number:

Number of Pieces:    1

Total Weight:    34.00    kg(s)

Airwaybill Number: 3269232492

| # of Package | Unit of Measurement | Detailed Description of Goods | Country of manufacture | Qty | Unit Value | Subtotal |
|---|---|---|---|---|---|---|
| 1 | | plastic case for phone | Hong Kong | 526 | 0.4 | 210.40 |

PP

Michael Kas Handbags 11 ea  +  1 Box
Tous wallet  − 43 ea    1 Box
Tous Handbags  − 46 ea    2 Boxes

|  | |
|---|---|
| Total Dec. Value: | 210.40 |
| Other: | 0.00 |
| Invoice Total: | 210.40 |

Reason for Export :

Other Comments :

Currency Code :    USD

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are as stated above.

Designation of Authorised Signatory:

Name of Company:    WITECH(HK) CO LIMITED



Signature: