# EXHIBIT 3

Page 1 of 1

Effective Date: 8/5/2013
Expiration Date: 7/1/2023
Gray Market Importations
Restricted:  NO

# Trademark
## Customs Recordation Number: TMK 13-00019
U.S. Patent and Trademark Office Registration Number:
2732648

IPRiS internal

| | | |
|---|---|---|
| **Title** | TOUS | **CBP Provides IPR Protection For The Following:** |
| **Product** | IC 003. : PERFUMES, EAU DECOLOGNE, [ LAVENDER WATER, SCENTED WATER ]. | |
| | IC 009. : OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, [ SPECTACLES, ] EYEGLASS CASES, SUNGLASSES, [SPECTACLED FRAMES ]. | 1.  |
| | IC 018. : PURSES, HANDBAGS, POCKET WALLETS. | **Country of manufacture** China, India, Italy, Spain |
| | IC 025. : CLOTHING, NAMELY, NECKERCHIEFS AND BELTS | **Licensee / Additional info.** 1) TOUS USA, INC. (subsidiary) 109 Greene Street New York, NY 10012 USA |
| **Description** | TOUS - WORD MARK | |
| **Firm** | COZEN O'CONNOR / REPRESENTATIVE | 2) TOUS MIAMI, LLC (subsidiary) 19575 Biscayne Blvd., Suite 1575 Aventura, FL 33180 USA |
| **Owner Name** | S. TOUS, S.L. | |
| **Contact Name** | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | 3) JOYERIA TOUS, S.A. (subsidiary) C/ Carmen, 2 25007 Lleida, Spain |
| **Phone Number** | (212)884 - 4911 | 4) De Rigo Vision, S.P.A. (licensee) Z.I. Vilanova, 12 32013 Longarone (BL) Italy |
| **Fax** | 866-812-3650 | |
| **Email Address** | dsunshine@cozen.com | |

TYPED DRAWING

Effective Date: 12/19/2012
Expiration Date: 8/31/2020
Gray Market Importations
Restricted: NO

# Trademark

**Customs Recordation Number: TMK 12-01368**

IPRIS internal

**U.S. Patent and Trademark Office Registration Number:**
3841680

| | | | |
|---|---|---|---|
| Title | DESIGN | **CBP Provides IPR Protection For The Following:** | |
| Product | IC 014. PRECIOUS METALS, NAMELY,GOLD, SILVER, PLATINUM AND STEEL; PRECIOUS METALS AND THEIR ALLOYS ANDGOODS MADE OF OR COATED WITH THESE MATERIALS NOT INCLUDED IN OTHERCLASSES, NAMELY, RINGS, MEDALLIONS, BROOCHES, NECKLACES, CHOKERS,BRACELETS, FIGURINES, STATUETTES, HAT PINS, DECORATIVE PINS, PINS BEINGJEWELRY, TIE PINS, CUFF LINKS, JEWELRY IN THE NATURE OF ORNAMENTALBUTTON COVERS; JEWELRY, SEMI-PRECIOUS GEMSTONES, WRISTWATCHES AND WALLCLOCKS |  1.      2. | |
| | | **Country of manufacture** China, India, Italy, Spain | |
| Description | THE MARK CONSISTS OF A THREE-DIMENSIONAL STYLIZED TEDDY BEAR | **Licensee / Additional info.** 1) TOUS USA, INC. (subsidiary) 109 Greene Street New York, NY 10012 USA | |
| Firm | YES | 2) TOUS MIAMI, LLC (subsidiary) 19575 Biscayne Blvd., Suite 1575 Aventura, Florida 33180 USA | |
| Owner Name | S. TOUS, S.L. | | |
| Contact Name | DAVID SUNSHINE COZEN O'CONNOR 277 PARK AVENUE NEW YORK, NEW YORK 10172 | 3) JOYERIA TOUS, S.A. (subsidiary) C/ Carmen, 2 25007 Lleida, Spain | |
| Phone Number | (212)883 - 4911 | DESIGN ONLY Color is not claimed as a feature of the mark. The mark consistsof a three-dimensional stylized teddy bear. | |
| Fax | 8668123650 | | |
| Email Address | dsunshine@cozen.com | | |

Effective Date: 5/21/2010
Expiration Date: 2/28/2020
Gray Market Importations
Restricted: NO

## Trademark

**Customs Recordation Number: TMK 07-01247**   IPRIS internal
**U.S. Patent and Trademark Office Registration Number:**
2323330

| | | |
|---|---|---|
| **Title** | DESIGN ONLY (BEAR DESIGN) | **CBP Provides IPR Protection For The Following:** |
| **Product** | IC 014. PRECIOUS METALS AND THEIR ALLOYS AND OBJECTS MADE OR PLATED WITH PRECIOUS METALS, NAMELY, RINGS BEING JEWELRY, MEDALLIONS, BROOCHES, NECKLACES, SHORT NECKLACES, JEWELRY BRACELETS, FIGURINES, STATUETTES, HAT PINS, ORNAMENTAL LAPEL PINS, JEWELRY LAPEL PINS, TIE PINS, CUFF-LINKS, JEWELRY, COSTUME JEWELRY, PRECIOUS GEMSTONES, WATCHES AND CLOCKS. | 1.  |
| **Description** | BEAR DESIGN | **Country of manufacture** China, Germany, Hong Kong, India, Italy, Spain, Turkey |
| **Firm** | COZEN O'CONNOR / REPRESENTATIVE | **Licensee / Additional info.** TOUS USA, INC. - subsidiary TOUS MIAMI, LLC - subsdiary JOYERIA TOUS, S.A. - subsidiary |
| **Owner Name** | S. TOUS, S.L. | |
| **Contact Name** | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | DESIGN ONLY |
| **Phone Number** | 212883-490 | |
| **Fax** | 212-986-0604 | |
| **Email Address** | dsunshine@cozen.com | |

Page 1 of 1

Effective Date: 3/16/2009
Expiration Date: 1/5/2019
Gray Market Importations
Restricted: NO

## Trademark

Customs Recordation Number: TMK 07-01246          IPRIS internal
U.S. Patent and Trademark Office Registration Number:
2216247

| | | | |
|---|---|---|---|
| **Title** | TOUS | **CBP Provides IPR Protection For The Following:** | |
| **Product** | IC 014. PRECIOUS METALS AND THEIRALLOYS AND OBJECTS MADE OR PLATED WITH PRECIOUS METALS, NAMELY RINGSBEING JEWELRY, MEDALLIONS, BROOCHES, NECKLACES, SHORT NECKLACES, JEWELRYBRACELETS, FIGURINES, STATUETTES, HAT PINS, ORNAMENTAL LAPEL PINS,JEWELRY LAPEL PINS, TIE PINS, CUFF-LINKS, JEWELRY, COSTUME JEWELRY,PRECIOUS GEMSTONES, WATCHES AND CLOCKS | **Country of manufacture** China, Italy, Portugal, Spain<br><br>**Licensee / Additional info.** TOUS USA, INC. - subsidiary TOUS MIAMI, LLC - subsdiary JOYERIA TOUS, S.A. - subsidiary<br><br>TYPED DRAWING | |
| **Description** | TOUS WORD MARK | | |
| **Firm** | COZEN O'CONNOR / REPRESENTATIVE | | |
| **Owner Name** | S. TOUS, S.L. | | |
| **Contact Name** | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | | |
| **Phone Number** | 212-883-4900 | | |
| **Fax** | 212-986-0604 | | |
| **Email Address** | dsunshine@cozen.com | | |

**Effective Date:** 1/31/2014
**Expiration Date:** 1/6/2024
**Gray Market Importations
Restricted:** NO

## Trademark

**Customs Recordation Number: TMK 07-01248**
IPRiS Internal
**U.S. Patent and Trademark Office Registration Number:**
2802839

| | | |
|---|---|---|
| **Title** | BEAR DESIGN | **CBP Provides IPR Protection For The Following:** |
| **Product** | IC 025. CLOTHING, NAMELY, SHIRTS, JACKETS, SCARVES, PULLOVERS, FOULARD SCARVES, FOULARD NECKTIES, SUITS, VESTS NECKERCHIEFS, AND BELTS. |  1.     2. |
| | IC 018. LEATHER SOLD IN BULK; IMITATION LEATHER SOLD IN BULK; LEATHER GOODS AND IMITATION LEATHER GOODS, NAMELY, SHOPPING BAGS, LEATHER KEY FOBS, TRUNKS, SUITCASES, UMBRELLAS, PARASOLS, BRIEFCASES, ATTACHE CASES, LEASHES FOR ANIMAL STRAVELING BAGS, PURSES, HANDBAGS, WALLETS, SCHOOL BAGS, BACKPACKS, AND BEACH BAGS. | **Country of manufacture** China, Italy, Portugal, Spain  **Licensee / Additional info.** TOUS USA, INC. - subsidiary TOUS MIAMI, LLC - subsdiary JOYERIA TOUS, S.A. - subsidiary  DESIGN ONLY |
| **Description** | BEAR DESIGN | |
| **Firm** | COZEN O'CONNOR / REPRESENTATIVE | |
| **Owner Name** | S. TOUS, S.L. | |
| **Contact Name** | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | |
| **Phone Number** | 212-883-4900 | |
| **Fax** | 212-986-0604 | |
| **Email Address** | dsunshine@cozen.com | |

Effective Date: 4/27/2012
Expiration Date: 12/18/2021
Gray Market Importations
Restricted: NO

Trademark
Customs Recordation Number: TMK 09-00185
U.S. Patent and Trademark Office Registration Number: 2520757

IPRIS Internal

| | | |
|---|---|---|
| Title | MICHAEL KORS | **CBP Provides IPR Protection For The Following:** |
| Product | IC 018. HANDBAGS, BILLFOLDS, CREDIT CARD CASES, SUITCASES, [ UMBRELLAS, ATTACHE CASES, ] BACK PACKS,[ BRIEF CASES, GARMENT BAGS FOR TRAVEL, HAT BOXES OF LEATHER FOR TRAVEL,] KEY CASES, KNAP SACKS, [ PARASOLS, ] TOTE BAGS, [ AND TRUNKS FORTRAVELLING ]. | **Country of manufacture** China, Indonesia, Italy, South Korea, Turkey, Vietnam |
| Description | WORD MARK, MICHAEL KORS; THE NAME "MICHAEL KORS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. | **Licensee / Additional info.** Licensee: |
| Firm | MICHAEL KORS L.L.C. | LF USA Inc. 1333 Broadway 9th Floor New York, NY 10001 |
| Owner Name | MICHAEL KORS L.L.C. | |
| Contact Name | LILLY STONE LEGAL AND BRAND PROTECTION MANAGER 11 WEST 42ND STREET NEW YORK, NY 10036 | Use for Women's Belts & Cold Weather Accessories; Men's Small Leather Goods & Cold Weather Accessories. |
| Phone Number | 212-201-8272 | TYPED DRAWING |
| Fax | 646-354-4872 | |
| Email Address | LILLY.STONE@MICHAELKORS.COM | |

https://apps.cbp.gov/iprs/index.asp?a=detail&page=1&action=print&searchArg=Mich-