# EXHIBIT 5

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

```
<APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>      PAGE   1
         *** APPROVED VALUES HAVE BEEN ALTERED ***
```

INCIDENT  NBR: 2014SZ006972701          FP&F CASE NBR: 2014491310076201
VIOLATOR NAME:
TOPIC: COUNTERFEIT MERCHANDISE//AIR CARGO BRANCH

```
          DATE    TIME            DATE    TIME           DATE    TIME
SEARCH:        /              ARREST:       /          SEIZURE: 05082014/1330
```

VIOLATOR DATA

LAST NAME: ORTIZ
FIRST NAME: ROBERT                MIDDLE NAME:
CITIZENSHIP:    DOB:
STREET ADDRESS: CALLE MAGNOLIA #124                    APT/SUITE:
CITY: PONCE                    STATE: PR   CNTRY: US   ZIP: 00728
VIOLATOR TRAVEL CATEGORY:          VIOLATOR STATUS AT ARREST:
LOCAL USE:

SUMMARY DATA

OI OFFICE CODE:    CASE #:
PROJECT CODES:
PRIOR INFO:  NONE X DEA   CUSTOMS   TECS   NCIC   OTHER

                        NAME-TITLE-AGENCY
DECLARATION TAKEN BY:
ARRESTING OFFICER:
SEIZING OFFICER:     FIGUEROA/M-CBP OFFCR (CANINE)-C
SUPERVISOR:          ROSADO/I-CBP OFFCR-C
PORT DIRECTOR:       JUAN HURTADO/APD

TYPE OF INCIDENT: C  COMMERCIAL/NON-NARCOTIC      DISCOVERY DATE: 05082014

LAW CHARGED           LAW CHARGED           LAW CHARGED
19USC1526(E)

AGENCY PARTICIPATION

DISCOVERING:          CSI
SEIZING:             CSI

CONVEYANCE DATA

CONVEYANCE TYPE: 2 EXPRESS CONSIGNMENT
ITINERARY:  DATE  04142014  TIME       FROM HK HONG KONG SAR
                                VIA
INBOUND/OUTBOUND: I     MAIL SEARCHED:
MAIL DETENTION NUMBER:           APO/FPO NUMBER:
AIR OR SURFACE: A                TYPE OF PACKAGE: O  OTHER

        OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY
```

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>      PAGE   2
        *** APPROVED VALUES HAVE BEEN ALTERED ***        █████

INCIDENT  NBR: 2014SZ006972701         FP&F CASE NBR: 2014491310076201
VIOLATOR NAME:
TOPIC: COUNTERFEIT MERCHANDISE//AIR CARGO BRANCH


SENDER - BUSINESS NAME: WITECH(HK)CO LIMITED
        STREET: RM 14 9/F BLK B2 HANG WAI IND CENTRE 6      APT/SUITE:
        CITY: TUEN MUN               STATE:     CNTRY: HK ZIP:

ADDRESSEE - PERSON NAME: ORTIZ
        FIRST NAME: ROBERT              MIDDLE NAME:
        STREET: CALLE MAGNOLIA #124               APT/SUITE:
        CITY: PONCE              STATE: PR  CNTRY: US ZIP: 00728
==================================================================================
SEIZURE DATA

REASON FOR EXAM:         TYPE OF EXAM:
SEIZURE REFERRED TO OI:   FILER CODE:
MANUFACTURER NAME/NER:
SHIPPER NAME/NBR:
ABANDONED:    BLITZ:   DOG ALERT:    XRAY:
ENFORCEMENT AID USED:
ENTRY NUMBER:         ENTRY TYPE:
APPRAISING OFFICER:
MITIGATING OFFICER:
ON SITE MITIGATION:
 CITATION ASSOCIATED WITH PENALTY:
PENALTY: PENALTY ASSESSED        .00    MITIGATED AMT        .00
  AMT CLCTD        .00 DATE        RECEIPT#        PRMSRY AMT
PLACE OF DISCOVERY:           LOC: SAN JUAN INTL ARPT
PLACE OF SEIZURE:            LOC: SAN JUAN INTL ARPT

1 DESC OF SEIZED ITEM: MICHAEL KORS HANDBAGS
   COMM/CD: 42021900     QTY:       11.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: HK   COUNTRY OF EXPORT: HK  COUNTRY OF DESTINATION: US
   DEC VAL:     210     FOR VAL:            DOM VAL: █████
   DUTY:       0.00     LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 42021900
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:

2 DESC OF SEIZED ITEM: TOUS WALLETS
   COMM/CD: 42021900     QTY:       43.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: HK   COUNTRY OF EXPORT: HK  COUNTRY OF DESTINATION: US
   DEC VAL:     210     FOR VAL:            DOM VAL: (√ █████
   DUTY:       0.00     LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 42021900
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

```
         <APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>      PAGE   3
            *** APPROVED VALUES HAVE BEEN ALTERED ***          ████████
```

INCIDENT NBR: 2014SZ006972701          FP&F CASE NBR: 2014491310076201
VIOLATOR NAME:
TOPIC: COUNTERFEIT MERCHANDISE//AIR CARGO BRANCH


3 DESC OF SEIZED ITEM: TOUS HANDBAGS
```
   COMM/CD: 42021900      QTY:       46.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: HK   COUNTRY OF EXPORT: HK  COUNTRY OF DESTINATION: US
   DEC VAL:       210    FOR VAL:                 DOM VAL:    ████
   DUTY:         0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CS
   CONCEAL: Z SEC:        ENTERED TARIFF #: 42021900
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:
```

```
TOTALS:          DECLARED VALUE:      630    FOREIGN VALUE:          0
                 DOMESTIC VALUE:     9980         DUTY:           0.00
```
=======================================================================
CIRCUMSTANCES/REMARKS:
On April 14, 2014 while performing inbound inspection of mail shipments in DHL
warehouse at the LMM International airport, CBPO Olga Figueroa from the
Anti-Terrorism Contraband Enforcement (A-TCET) inspected and detained DHL Air
waybill 3269232492 under CBP Form 6051D# 497111.  Package was detained under
the suspicious of counterfeit merchandise. On April 14, 2014 package was TOT
the Air Cargo Office. Upon further inspection, it was discovered that the
package contained handbags and wallets with possible IPR violation. Inventory
of the package revealed 11 Michael Kors Handbags (Customs Recordation Number:
TMK: 09-00185), 43 Tous Wallets and 46 Tous Handbags  (Customs Recordation
Number: TMK 12-01368, 07-01246, 07-01247, 07-01248, 13-00019, 07-01245 and US
Patent Trademark Registration Number: 3841680, 2323330, 2216247, 2802839,
2732648, 2939296).  Merchandise was deemed counterfeit due to low quality of
products, commodity declared on invoice mismatch with merchandise on package
and packaging method and delivery method not common for original merchandise.
SCBPO Rosado advised and approved the seizure. HSI/ICE Agent John Rivera called

and he advised to handle the case administratively. Merchandise seized under
CBP Form 6051S# 5854606 used to document chain of custody of seized
merchandise. Appraisal requested to Import Specialist.


=======================================================================

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY