# EXHIBIT 6

# Import Specialist Appraisal

REQUESTOR: CBPO Melvin Figueroa

Violator: Witech (HK) Co. Limited

FP&F No.: 2014491310076201

| Merchandise | Qty | HTS | Rate of Duty | Dutiable / Foreign Value | MSRP (if applicable) | Domestic Value | Duty | Recordation Number | PTO # |
|---|---|---|---|---|---|---|---|---|---|
| Michael Kors Handbags | 11 | 4202.92.4500 | 20.00% | $ 23.00 | $ 4,928.00 | $ 1,725.00 | $ 4.60 | TMK 09-00185 | 2520757 |
| Tous Wallets | 43 | 4202.92.4500 | 20.00% | $ 91.00 | $ 7,697.00 | $ 2,694.00 | $ 18.20 | TMK07-01248 | 2802839 |
| Tous Handbags | 46 | 4202.92.4500 | 20.00% | $ 97.00 | $ 15,410.00 | $ 5,394.00 | $ 19.40 | TMK07-01248 | 2802839 |
| | | | | $ 211.00 | $ 28,035.00 | $ 9,813.00 | $ 42.20 | | |

Total pieces: 100

Issued by Import Specialist: Mayra V. Asencio

Date: 9/24/2014