# EXHIBIT 7

#1 La Puntilla Street, FP&F
San Juan, PR 00901

**U.S. Customs and
Border Protection**

JUN 09 2014

7013 2630 0002 0302 8575

ENF-4-FO:SJ:AP:FP: SM

CERTIFIED

Mr. Robert Ortiz
Calle Magnolia #124
Ponce, PR 00728

Re: Case Number 2014-4913-100762-01

Dear Mr. Ortiz:

This is to officially notify you that U.S. Customs and Border Protection (CBP) seized the
property described below at San Juan, Puerto Rico on May 08, 2014:

- Approximately eleven (11) Michael Kors handbags;
  Customs and Border Protection Recordation Number:  TMK 09-00185
  U. S. Patent & Trademark Office Registration Number: 2520757
  Trademark Representative Name & Address: Lilly Stone Legal and Brand Protection
  Manager 11 West 42nd Street New York, NY 10036

- Approximately forty three (43) TOUS wallets;
  Customs and Border Protection Recordation Number:  TMK 13-00019
  U. S. Patent & Trademark Office Registration Number:  2732648
  Trademark Representative Name & Address: David Sunshine 277 Park Avenue New
  York, NY 10172

- Approximately forty six (46) TOUS handbags;
  Customs and Border Protection Recordation Number:  TMK 13-00019
  U. S. Patent & Trademark Office Registration Number: 2732648
  Trademark Representative Name & Address: David Sunshine 277 Park Avenue New
  York, NY 10172

The appraised domestic value of the property is approximately $9,980.00.

The property was seized and is subject to forfeiture under the provisions of Title 19, United
States Code, Section 1526(e) which prohibits the importation of merchandise bearing a
counterfeit trademark that is both registered with the Patent and Trademark Office (PTO) and
recorded with Customs and Border Protection. The property contains markings which are
substantially indistinguishable from and, therefore, bear a counterfeit design/word/mark as
indicated below. Customs and Border Protection Regulations provide that any article imported
into the United States bearing a counterfeit trademark shall be seized and, in the absence of the
written consent of the trademark owner, forfeited for violation of the Customs laws.

Mr. Robert Ortiz
Page 3

If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check, certified check drawn on a U.S. financial institution made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. This option may serve to delay the case.

All offers in compromise and accompanying documents must be in the English language or accompanied by an English language translation. They should be filed in duplicate. If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

If the matter has been referred to the United States Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney.

If you choose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 60 days from the date of the offer decision to file a claim and bond to the property requesting a referral to the U.S. Attorney. If you do not act within the additional 60 days, the property may be forfeited to the United States.

You may also request a referral to the U. S. Attorney at any point prior to the issuance of the offer in compromise decision. Please see section 4 of this letter for information on how to file a judicial claim (court action). If you take such action, your petition or offer will be considered to have been withdrawn.

3.  **Abandon:** You may abandon the property or state that you have no claim or interest in it. If you choose this option, you should check **Box 3** on the "Election of Proceedings" form. The Government may proceed with forfeiture proceedings, or address claims from other parties concerning the property, without further involving you.

4.  **Court Action (Judicial Proceedings):** You may request to have this matter referred to the United States Attorney for institution of judicial forfeiture proceedings by notifying the office identified in the letter, in writing, that you do not intend to file a petition with CBP or post the value of the merchandise to obtain its release on payment (see section 5 below). If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.

You may appear before the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer (where applicable) of CBP and file a claim and bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate United States Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with Section 608, Tariff Act of 1930, as amended (19 U.S.C. §1608) and Section 162.47, Title 19, Code of Federal Regulations. You may then file a petition for relief with the Department of Justice pursuant to Part 9, Title 28, Code of Federal Regulations.

Mr. Robert Ortiz
Page 5

employees harmless, and a release from the registered owner and/or person from whom the property was seized.

8. **Penalty Information:** In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. Details on the civil penalty are:

in the attached letter; or
being prepared and will be mailed shortly.

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with your petition, offer in compromise, or claim (requesting judicial forfeiture proceedings and posting of a bond) if those documents are necessary to support the option you chose. If you did not receive this form, please call the telephone number below.

All correspondence should be addressed to U.S. Customs and Border Protection at the address shown above. Should further information be required, contact Paralegal Specialist Sandra E. Marcial at the Fines, Penalties and Forfeitures Office at (787) 729-6915. Inquiries should reference the case number.

Sincerely,

Mayra Claudio
Fines, Penalties, and Forfeitures Officer

Enclosure: Election of Proceedings form

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION
UNDER 18 U.S.C. §1001 AND/OR 18 U.S.C. §1621, AND MAY BE PUNISHABLE BY A
FINE AND IMPRISONMENT

(Form AF Post/Publish - Revised 07/16/2012)