# EXHIBIT 8

# U.S. DEPARTMENT OF HOMELAND SECURITY
## U.S. CUSTOMS AND BORDER PROTECTION
### DECLARATION OF ADMINISTRATIVE FORFEITURE

Case Number: 2014491310076201

Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 7/25/2014 to 8/23/2014

In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 and Title 19, Code of Federal Regulations, Section 162.45, the following property is declared forfeited for violation(s) as listed below.

20144913100762010010000; Seized On 20140508 At the port of  SAN JUAN, PR; MICHAEL KORS HANDBAGS; ; 1; BX;  Valued at $1650; For violation of 19USC1526(E)

20144913100762010020000; Seized On 20140508 At the port of  SAN JUAN, PR; TOUS WALLETS; ; 1; BX;  Valued at $2580; For violation of 19USC1526(E)

20144913100762010030000; Seized On 20140508 At the port of  SAN JUAN, PR; TOUS HANDBAGS; ; 2; BX;  Valued at $5750; For violation of 19USC1526(E)

MAYRA CLAUDIO
Fines, Penalties & Forfeitures Officer:

Forfeiture Date: SEP - 3 2014

Page: 10