# EXHIBIT 9

7013 0600 0001 7140 0767

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION | CASE NUMBER      F01<br>2016490930005501 |
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>4909 SAN JUAN, PR |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |
| ROBERT    ORTIZ<br>CALLE MAGNOLIA #124<br>PONCE           PR    00728 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF      $28,035.00, REPRESENTING
PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
ON MAY 8, 2014 U.S CUSTOMS AND BORDER PROTECTION (CBP) SEIZED COUNTERFEIT
MERCHANDISE. THE PROPERTY WAS SEIZED UNDER 2014-4913-100762-01.A NOTICE OF
SEIZURE WAS SENT TO ALL INTERESTED PARTIES ON JUNE 9, 2014. FORFEITURE
PROCEEDINGS WERE INITIATED AND THE PROPERTY WAS DECLARED FORFEITED TO THE
THE GOVERNMENT ON SEPTEMBER 3, 2014. A PENALTY IS ASSESSED UNDER 19USC1526(F)
WHICH ALLOWS FOR A CIVIL PENALTY AGAINST "ANY PERSON WHO DIRECTS, ASSISTS
FINANCIALLY OR OTHERWISE,·OR AIDS AN ABETS THE IMPORTATION OF MERCHANDISE
FOR SALE OR PUBLIC DISTRIBUTION" THAT BEARS A COUNTERFEIT MARK. THE AMOUNT
IS BASED ON THE MSRP VALUE THE MERCHANDISE WOULD HAVE HAD, IF IT WERE
GENUINE.
OTHER PENALTY VIOLATION

| LAW OR REGULATION VIOLATED | BOND BREACHED | |
|---|---|---|
| OTHERPEN<br>19USC1526(F) | BOND TYPE: | |
| | BOND#: | |
| DESCRIPTION OF BOND: \| FORM NUMBER: | AMOUNT: | DATE: |
| NAME AND ADDRESS OF PRINCIPAL ON BOND | | |
| NAME AND ADDRESS OF SURETY ON BOND | | SURETY NO. |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: US CBP / FP&F OFFI
CE, #48 CARR 165 STE 300008, GUAYNABO, PR 00968
UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH BOND OR MATTER WILL BE REFERRED TO US ATTORNEY.
TIME LIMIT FOR PAYMENT OR FILING PETITION: 60˙DAYS FROM DATE OF THIS NOTICE.

| SIGNATURE: | TITLE | DATE  FEB 2 5 2016 |
|---|---|---|
| IVELISSE MALDONADO | FP&F OFFICER | 02/24/2016 |
| BY | | |

"The Small Business and Regulatory Enforcement Ombudsman and 10 Regional Fairness Boards were established to receive comments from small business about federal agency enforcement activities and rate each agency's responsiveness to small business. If you wish to comment on the enforcement actions of U.S. Customs and Border Protection, call 1-888-REG-FAIR (888-734-3247).

"Please note: The National Ombudsman/RegFair Board process has no effect on your rights or obligations under the procedures of the agency on which you are commenting. You must still comply with all of that agency's processes and procedures."