# EXHIBIT 10

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071



U.S. Customs and
Border Protection

PR 2016-00456 AOC

October 25, 2016

Mr. Robert Ortiz
Calle Magnolia #124
Ponce, P.R. 00728

**Re:    Notice of Penalty Incurred and Demand for Payment in the Amount of $28,035.00
(FP&F Case No. 2015-4909-300055-01)**

**Certified Mail and Return Receipt**

Dear Mr. Ortiz:

On February 25, 2016, U.S. Customs and Border Protection (CBP) sent to you Customs Form 5955A, "Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," indicating that a monetary penalty had been assessed against you in the amount of $28,035.00. The penalty was issued pursuant to Section 1526(f) of Title 19, United States Code (U.S.C.), as you imported counterfeit products for commercial purposes. In addition to the penalty notice, three additional bills were sent to you on June 4, 2016, June 18, 2016, and July 2, 2016 requesting payment of the penalty.

According to CBP records, on or about May 8, 2014, you imported approximately 11 Michael Kors handbags, 43 Tous wallets, and 46 Tous handbags. Pursuant to 19 U.S.C. § 1526(e), CBP shall seize and forfeit imported merchandise that bears a counterfeit trademark that is both registered with the Patent Trade Office (PTO) and recorded with CBP. Based on this legal authority, on September 3, 2014, CBP administratively forfeited the counterfeit items. Subsequently, on February 25, 2016, the above-described penalty was assessed against you. To date, CBP has not received a payment for the penalty amount.

Within 30 days of your receipt of this letter, please contact the attorney listed below to discuss the status of this case. You have the option to make full payment of the penalty; however, you may also make a supplemental petition if certain requirements are met. The attorney can discuss these requirements with you or your legal representative when you contact him.

**If we do not receive a response within 30 days, we will ask that the United States Attorney file a complaint against you, in your personal capacity, in U.S. District Court, District of Puerto Rico, for collection of the full amount of the penalty ($20,035.00).**

We would appreciate your cooperation to avoid litigation. For your reference, we have enclosed copies of the initial Notice of Penalty, and a sample of the bills that were sent to you.

Should you, or your legal representative, have any questions regarding this matter, please contact me at 787-729-7472, ext. 1. All correspondence with regard to this matter should be sent to me as well. **We strongly encourage you to either pay the penalty in its entirety or contact me within 30 days to avoid litigation. Please note that any payment that you elect to submit must be made by certified check or money order, payable to "U.S. Customs and Border Protection."**

Sincerely,

Aida Orenstein-Cardona
Assistant Chief Counsel

Enclosures

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071



**U.S. Customs and
Border Protection**

PR 2016-00456 AOC

December 2, 2016

Mr. Robert Ortiz
Calle Magnolia #124
Ponce, P.R. 00728

### FINAL NOTICE

Re:    Notice of Penalty Incurred and Demand for Payment in the Amount of $28,035.00
(FP&F Case No. 2015-4909-300055-01)

**Certified Mail and Return Receipt**

Dear Mr. Ortiz:

On February 25, 2016, U.S. Customs and Border Protection (CBP) sent to you Customs Form 5955A, "Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," indicating that a monetary penalty had been assessed against you in the amount of $28,035.00. The penalty was issued pursuant to Section 1526(f) of Title 19, United States Code (U.S.C.), as you imported counterfeit products for commercial purposes. In addition to the penalty notice, three additional bills were sent to you on June 4, 2016, June 18, 2016, and July 2, 2016 requesting payment of the penalty.

According to CBP records, on or about May 8, 2014, you imported approximately 11 Michael Kors handbags, 43 Tous wallets, and 46 Tous handbags. Pursuant to 19 U.S.C. § 1526(e), CBP shall seize and forfeit imported merchandise that bears a counterfeit trademark that is both registered with the Patent Trade Office (PTO) and recorded with CBP. Based on this legal authority, on September 3, 2014, CBP administratively forfeited the counterfeit items. Subsequently, on February 25, 2016, the above-described penalty was assessed against you. To date, CBP has not received a payment for the penalty amount.

On or about October 25, 2016, our office sent to you several demand letters; however, we have not received any response.

Please be advised that pursuant to 19 U.S.C. § 1618, you may submit an offer to mitigate this penalty for another amount. If you are interested in further mitigating the penalty of $28,035.00, you must submit your written offer to our office within 15 days of your receipt of this letter. The Agency, upon receipt of your offer, will review it and make a determination.

If we do not hear from you within the allotted period previously mentioned, we will request that the United States Attorney file a complaint against you, in your personal capacity, in U.S. District Court, District of Puerto Rico, for collection of the full original amount of the penalty ($28,035.00).

Should you have any questions regarding this matter, please contact me at 787-729-6695, ext. 1. All correspondence with regard to this matter should be sent to me.

Sincerely,

Aida M. Orenstein-Cardona
Assistant Chief Counsel