# EXHIBIT 11



**Ex.**  Shipping  Tracking  Printing Services  Locations  Support  Sign In

**IMPORTANT!**
A FedEx Express National Service Disruption is in effect. Learn More

## FedEx ® Tracking

**8072-2267-4645**

| | |
|---|---|
| Ship date: | Actual delivery: |
| **Tue 1/16/2018** | **Wed 1/17/2018 1:26 pm** |
| SAN JUAN, PR US | **Delivered** | PONCE, PR US |
| | Signed for by: J.RIVERA | |

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/17/2018 - Wednesday** | | |
| 1:26 pm | Delivered | PONCE, PR |
| 12:19 pm | On FedEx vehicle for delivery | PONCE, PR |
| 11:47 am | At local FedEx facility | PONCE, PR |
| 9:45 am | At destination sort facility | AGUADILLA, PR |
| **1/16/2018 - Tuesday** | | |
| 8:17 pm | Left FedEx origin facility | GUAYNABO, PR |
| 4:18 pm | Picked up | GUAYNABO, PR |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 8072-2267-4645 | Service | FedEx 2Day |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 1/18/2018 by 5:00 pm |

**OUR COMPANY**

About FedEx          FedEx Blog
Our Portfolio        Corporate Responsibility
Investor Relations   Newsroom
Careers              Contact Us

**MORE FROM FEDEX**

FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**

Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2017          Feedback | Site Map | Terms of Use | Security & Privacy

Ask FedEx

Case 3:17-cv-02054-DRD   Document 13-11   Filed 01/19/18   Page 3 of 3

# FedEx Express

## International Air Waybill
For FedEx services worldwide.

/0108/0200/0011901887/7

**From** *Please print and press hard.*

Date ☉1/16/18  Sender's FedEx Account Number 1368-9216-8

Sender's Name **AUSA Agnes Cordero** Phone 787-766-5656

Company USDOJ/US ATTY OFC

Address TORRE CHARDON, STE 1201

Address 350 AVE CARLOS CHARDON

City SAN JUAN   State/Province PR

Country US   ZIP/Postal Code 00918-2124

**To**

Recipient's Name Lic. Juan Rivera-Roman Phone 787-840-1157

Company

Address Condominio Ponciana Suite 401   Dept/Floor

Address 9140 Calle Marina

City Ponce   State/Province PR

Country   ZIP/Postal Code 00717-2030

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

| Total Packages Shipper's Load and Count/SLAC | Total Weight | lbs. ☐ | kg ☐ | DIM ___ / ___ / ___ | in. ☐ | cm ☐ |

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| DETAIL REQUIRED PRINT IN ENGLISH | | | |
| Paper Documents (2) | | | |

| Has EEI been filed in AES? r U.S. Export Only: Check One | ☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR. | Total Declared Value for Carriage | Total Value for Customs (Specify Currency) |
|---|---|---|---|
| ☐ No EEI required, enter exemption number: | If other than NLR, enter License Exception: | | |
| ☐ Yes—Enter AES proof of filing citation: | | | |

**4  Express Package Service**   Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill

☐ FedEx Intl. Priority   ☐ FedEx Intl. First Available to select locations.

☐ _____   ☒ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

**5  Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7  Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*   Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct.No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   First 24 characters will appear on invoice.
OPTIONAL

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

This is not authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number **8072 2267 4645**

Form ID No. **0402**

**568**

PART 158409-Rev. Date 11/08
©1994–2008 FedEx
PRINTED IN U.S.A. RRDA

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2008 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

Packages up to 150 lbs./68 kg
Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

RETAIN THIS COPY FOR YOUR RECORDS.

10/14

Case 3:17-cv-02054-DRD   Document 13-11   Filed 01/19/18   Page 3 of 3